■ BRANIMIR KADOIC, Plaintiff, v 1154 FIRST AVENUE TEN-
ANTS CORP., Defendant and Third-Party Plaintiff-Respondent,
et al., Defendants. KB RENOVATION CORP., Third-Party
Defendant-Appellant. (And Other Actions.) [708 NYS2d 614] —Or-
der, Supreme Court, New York County (Stephen Crane, J.),
entered July 13, 1999, which, in an action by a laborer for
personal injuries, insofar as appealed from, denied third-party
defendant-appellant's motion for summary judgment dismiss-
ing the third-party complaint as against it, unanimously af-
firmed, without costs.

There being no dispute on appeal that the third-party action
cannot be maintained if appellant is a sole proprietorship
owned by plaintiff, the motion was properly denied on the
ground that an issue of fact exists as to whether appellant is a
sole proprietorship or a partnership. Concur—Nardelli, J. P.,
Tom, Mazzarelli, Wallach and Andrias, JJ.